

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:05-CR-015-HDM-RAM |
| Plaintiff, ) | |
| vs. ) | |
| DARRYL S. ESPELAND ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#23) on August 9, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: MBNA BANK
    Amount of Restitution: $610.73
    **Total Amount of Restitution ordered:** $610.73

Dated this _13th_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE